413 A.2d 1130

Commonwealth v. Darcy, Appellant.

Argued March 20, 1979.   Mitchell S. Lipschutz, for appellant;   Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Order affirmed and case remanded for further proceedings below.